United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Patrick Guillory, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. H-24-4099 <br> § <br> Denny's, § <br> § <br> Defendant. § | |

### ORDER

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 20) dated February 5, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. Plaintiff Patrick Guillory's Motion for Default Judgment (docket no. 11) is **DENIED**. Guillory's Request for U.S. Marshals' Service of his Motion for Default Judgment (docket no. 15) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this the 21st day of February, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE