U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**PLAINTIFF:** Patrick Guillory
**COURT CASE NUMBER:** 4:24-CV-04099
**DEFENDANT:** ShoRCO Enterprises, Inc, DBA Denny's Management office for Francik Denny's House
**TYPE OF PROCESS:** Summons & Complaint

**SERVE AT:**
NAME: ShoRCO Enterprise, Inc, Management office for Denny's Francie House
ADDRESS: 3724 Cypress Creek Parkway, Suite 124, Houston, TX 77068

**SEND NOTICE OF SERVICE COPY TO REQUESTER:**
Patrick Guillory
4922 Sylvanfield Drive Apt #1109
Houston, Texas 77014

Number of process to be served with this Form 285: 1 (?)
Number of parties to be served in this case: 2 (?)

**SPECIAL INSTRUCTIONS:**
ShoRCO Enterprise INC also have an office on 2nd & 3rd floor @ said address. Thanks

Signature: [signed]
PLAINTIFF [checked]
Telephone: (713) 256-5500
Date: 2-14-25

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY**

Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk: Karen Flores
Date: 2/19/2025

[x] I hereby certify and return that I have personally served...

Name and title of individual served: Claudia Rodriguez, Exe Asst
Date: 2/20/25
Time: 12:14 pm

Signature of U.S. Marshal or Deputy: [signed] Shawn M. Nel__

United States Courts
Southern District of Texas
FILED
FEB 24 2025
Nathan Ochsner, Clerk of Court

**REMARKS:**
Service fee: 65.00
R/T - multiple services @ address.

RECEIVED
UNITED STATES MARSHAL
2025 FEB 14 PH 3:00
SOUTHERN DIST. S/TX

Form USM-285
Rev. 03/21