**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Patrick Guillory | COURT CASE NUMBER: 4:24-CV-04099 |
| DEFENDANT: Denny's | TYPE OF PROCESS: Summons + Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Denny's Management office for Denny's Franchise Houston
ADDRESS: 3724 Cypress Creek Parkway, Suite 124, Houston, TX 77068

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Patrick Guillory
4522 Sylvanfield Drive, Apt #1109
Houston, TX 77014

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Denny's # is conducting business @ Manag office for Denny's Franchise Houston on the 2nd and 3rd floor Also, And Suite 124

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF
TELEPHONE NUMBER: 3465251388
DATE: 2-14-25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 79
District to Serve No.: 79
Signature of Authorized USMS Deputy or Clerk: Karen Flores
Date: 2/19/2025

[X] I hereby certify and return that I have personally served...

Name and title of individual served: Claudia Rodriguez, Ex Assist
Date: 2/20/25
Time: 12:14 pm

Signature of U.S. Marshal or Deputy: [signature]

REMARKS:
Service fee = $65
R/T miles = 36 miles

United States Courts
Southern District of Texas
FILED
FEB 24 2025
Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 03/21